IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-2525-RPM

BIAX CORPORATION,

        Plaintiff,

v.

TEXAS INSTRUMENTS, INC.,

        Defendant.

_____

ORDER OF DISMISSAL
_____

The Court having considered the stipulation of dismissal filed by the parties on August 3, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED: August 4, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge